**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RED ROOF INNS, INC., *et al.*,**

**Plaintiffs,**

**v.**

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

**Defendant.**

**Civil Action 2:26-cv-587**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the parties' Rule 26(f) Report (ECF No. 20), in which they jointly request that the Court enter deadlines for service of initial disclosures and motions to amend the pleadings, but that the Court otherwise defer entry of a case schedule until after the Court's resolution of the parties' forthcoming cross-motions for judgment on the pleadings.

For good cause shown, the parties' motion (ECF No. 20) is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for August 31, 2026, is **VACATED**. The Court sets the following deadlines:

- Initial disclosures must be served by **SEPTEMBER 10, 2026**.
- Any motions to amend the pleadings or join additional parties must be filed by **SEPTEMBER 10, 2026**.
- Plaintiffs' motion for judgment on the pleadings must be filed by **SEPTEMBER 15, 2026**.
- Defendant's opposition and cross-motion for judgment on the pleadings must be filed by **OCTOBER 15, 2026**.

- Plaintiffs' reply in support of its motion for judgment on the pleadings and opposition to Defendant's motion for judgment on the pleadings must be filed by **NOVEMBER 16, 2026**.

- Defendant's reply in support of its motion for judgment on the pleadings must be filed by **DECEMBER 7, 2026**.

- The parties shall file a joint revised Rule 26(f) report **WITHIN FOURTEEN DAYS** of the Court's resolution of the parties' forthcoming cross-motions for judgment on the pleadings, which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE